John F. Brenner
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Tel: (609) 452-0808
Fax: (609) 452-1147

*Attorneys for Plaintiff*
*Otsuka Pharmaceutical Co., Ltd.*

Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

RECEIVED
NOV - 7 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | Civil Action Nos.: 08-1583 (MLC) <br> and 09-5531 (MLC) |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

#22204465 v1

1. The above-captioned actions are voluntarily dismissed without prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

**Date:**_____

/s/ John F. Brenner
John F. Brenner
PEPPER HAMILTON, LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
Tel: (609) 452-0808

Of Counsel:
James B. Monroe
Paul W. Browning
Denise Main
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000

Robert L. Baechtold
John D. Murnane
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Tel: (212) 218-2100

/s/ Mayra V. Tarantino
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

Of Counsel:
Elizabeth J. Holland
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

**SO ORDERED:**

This __7th__ day of __Nov.__, 2013

_____
Mary L. Cooper
HONORABLE Mary L. Cooper
UNITED STATES DISTRICT JUDGE

#22204465 v1